**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| DARNELL WILKINS, | : No. 30 WM 2017 |
| Petitioner | : |
| v. | : |
| JUDGE AND PRESIDENT JUDGE OF FAYETTE COURT OF COMMON PLEAS, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of June, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and the Motion for Damages are **DENIED**.